East Jersey State Prison-Main
Woodbridge, NJ

RODNEY ROBERTS — Inmate Housing Location: East Jersey State Prison-Main
Male DOB: 01/25/1966    SBI#: ████████    Book#: 200005

**10/01/2001 - Office Visit: MH Psychological Evaluation**
**Provider: Hrysso Fernbach, PsyD**
**Location of Care: East Jersey State Prison-Main**
This document contains confidential information

### Psychological Evaluation

**Type of Evaluation:** Other
**Other:** RISK ASSESSMENT
SEX OFFENDER
**Offense:** THEFT, 2ND DEGREE KIDNAPPING
**Sentence:** 7 YEARS. SERVED 5.5.
**Other:** AGGRAVATED SEXUAL ASSAULT, KIDNAPPING, ROBBERY (1986). DENIES OTHER
CHARGES, OTHER THAN ANOTHER ROBBERY.
PAROLE VIOLATION VIA FAILURE TO REPORT, THEFT AND KIDNAPPING. CLAIMS THAT HE DID
NOT REPORT DUE TO WORK. HE STATED THAT HE THOUGHT THAT THE PAROLE OFFICER
WOULD UNDERSTAND.
IN REGARDS TO THE SEX OFFENSE, HE INDICATED THAT HE WAS ARRESTED WITH ANOTHER
INDIVIDUAL WHO ALLEGEDLY ADMITTED TO THE CRIME. "I WAS AT RUTGERS UNIVERSITY
AND THE CODEFENDANT WAS JUST DRIVING ME AND EVEN SAID IN COURT THAT I WAS NOT
INVOLVED". THE POLICE REPORT WITH THE DEFENDANT'S STATEMENT WAS SOMEWHAT
DIFFERENT, WHERE HE SAID "I WAS COMING HOME FROM eDISON JOB CORE AND STOPPED
AT THE CODEFENDANT'S HOME. THE CODEFENDANT ASKED ME TO TAKE A RIDE TO THE
HOSPITAL WITH HIM AND WE WERE THEN STOPPED BY THE POLICE AND ARRESTED". THE
OVERALL RECORD OF THIS INMATE IS CONSIDERABLY MORE EXTENSIVE THAN HE PRESENTS.
THERE ARE A TOTAL OF TWO SEXUAL ASSAULT CHARGES IN HIS RECORD. THE FIRST
ASSAULT (1986), OCCURED WHILE HE APPROACHED A STRANGER IN THE STREET, AND RAPED
HER, USING FORCE, AFTER GRABBING HER BY THE NECK. THE SECOND ASSAULT (1996),
INVOLVED HIMSELF AND TWO OTHER MEN. ALL THREE MEN RAPED HER, AFTER THEY PICKED
HER UP AND DROVE OFF TO AN ABANDONED LOT. SHE WAS STRUCK IN THE FACE BY TWO OF
THE DEFENDANTS. AFTER SHE WAS RAPED THEY DROVE OFF WITH HER VEHICLE AND STOLE
SOME MONEY ($20), JEWELLRY HER PURSE AND COAT. ALSO A GUN WAS LATER ON FOUND IN
THE VEHICLE. THIS INMATE WAS ALSO A PAROLEE ABSCONDER, FROM THE 1986 CONVICTION.

### Background Information
**Prior Criminal History:** Yes
**History of Violence** Yes
**History of Arson:** No
**History of Sex Offense:** Yes
**History of Escape:** No

### Discussion of Institutional Adjustment
**Comments:** LAST CHARGE 1999-REFUSAL TO OBEY. PRIOR CHARGES INCLUDED ASSAULT, DUE
TO A FIGHT CHARGE. THIS INMATE HAS A TOTAL OF 40 INSTITUTIONAL CHARGES.

**INST Program Completion:** Behav Mod
**Comments:** ONE ON ONE COUNSELING, EMOTIONAL REGULATION, LIFE SKILLS. PARALEGAL.



**East Jersey State Prison-Main**
Woodbridge, NJ

Page 2
Chart Document
October 18, 2001

RODNEY ROBERTS    Inmate Housing Location: East Jersey State Prison Main
Male DOB: 07/25/1965    SBI#: ▇▇▇▇▇    Book no. #: 206063

Type of Substance: Cannabis, Alcohol
Comments: CLAIMS HE EXPERIMENTED BUT WAS NEVEER ADDICTED. ONLY WHILE IN HIGH SCHOOL
History of CDS Sales No

**Psychiatric HX**
Past PSYCH Hospitalizations: No
Past Suicide Attempt(s) No

**Interview Behavior**
Interview Attitude: Appropriate
Mood & Affect: Appropriate
Speech: Appropriate
Thought Process: Appropriate
Orientation: Time, Place, Person
Clinical Information Narrative: INMATE ROBERTS PRESENTED IN A SUPERFICIALLY COOPERATIVE AND CHARMING FASHION. EYE CONTACT WAS GOOD. NO EVIDENCE OF SERIOUS *PSYCHOPATHOLOGY WAS PRESENT.*
Clinical Impression: INMATE ROBERTS IS CURRENTLY SERVING A 7 YEAR CHARGE FOR THEFT AND SECOND DEGREE KIDNAPPING. HIS PRIOR RECORD WAS CONSIDERABLY MINIMIZED AND DISTORTED. THIS IS A HIGHLY SOCIOPATHIC MAN, WHO HAS BENEFITED VERY MINIMALLY FROM INCARCERATION. HE CONTINUES TO DENY RESPONSIBILITY FOR HIS BEHAVIOR, AS HE CLAIMS HE IS INNOCENT, WHILE HE HAS GIVEN DIFFERENT VERSIONS OF THE SEXUAL ASSAULT AND HIS CRIMINAL HISTORY.  DENIAL IS OPERANT, WITH LIKELIHOOD OF FURTHER ACTING OUT, IN THE EVENT THAT HE IS GIVEN THE OPPORTUNITY TO BE IN A SITUATION, WHERE HE IS UNSUPERVISED. HIS EMPATHY FOR OTHERS REMAINS INADEQUATE, AS HIS MODUS OPERANDUM, IS GEARED TOWARDS GRATIFYING HIS NEEDS, IN A SELF CENTERED FASHION.  HE IS IN NEED OF A HIGHLY STRUCTURED ENVIRONMENT, WITH THE OPPORTUNITY TO CONTINUE PARTICIPATING IN PROGRAMS, EVEN THOUGH THE PROGNOSIS AT THIS POINT FOR THIS INMATE DOES NOT APPEAR FAVORABLE.
MNSOST-R= 11 THIS INSTRUMENTS PREDICTS THE LIKELIHOOD THAT THIS INMATE IS QUITE LIKELY TO REPEAT THE SEXUALLY OFFENSIVE BEHAVIORS THAT BROUGHT HIM TO THE ATTENTION OF THE AUTHORITIES.
STATIC-99- SCORE= 6 THIS SCORE PLACES HIM IN A HIGH RISK CATEGORY FOR REOFFENDING AS WELL.

THE RESULTS OF THE ACTUARIAL MEASURES  THE HISTORY AND THE CLINICAL IMPRESSION MEET THE CRITERIA FOR CIVIL COMMITMENT.
Level of Intelligence: Average
Last grade of school completed: College, 2 YEARS-ASSOCIATE'S DEGREE
Inmate admits to being: Literate
Judgement: Poor
Impulse Control: Fair
Insight: Poor
Institutional Adjustment: Fair
Institutional Programing Fair

**Custody Status:**
Full MN: No
CommRel: No

East Jersey State Pris— —Main
Woodbridge, NJ

RODNEY ROBERTS          Inmate Housing Location: East Jersey State Prison-Main
Male DOB: 07/25/1966      SBI #: ███████      ID #: 206063

### Parole Information
**Prognosis for Successful Completion of Parole** Below-Average
**Comments:** INMATE PRESENTS WITH MINIMAL CHARACTER CHANGE. HE CONTINUES TO BE A HIGH RISK OF REOFFENDING, AS HE HAS PERHAPS LEARNED TO VERBALIZE WHAT IS EXPECTED OF HIM, BUT SHOWS NO INSIGHT IN THE MOTIVE THAT RESULTED IN HIGHLY CRIMINAL BEHAVIORS. HE REMAINS A HIGH RISK AT REOFFENDING.

**Release Plans:** PLANS TO BE EMPLOYED AND CREATE A REASONABLE LIFESTYLE, SINCE ACCORDING TO HIS ACCOUNTS HE COMES FROM AN INTACT FAMILY AND HE HAS THE SKILLS TO DO SO.
**Report Completed with Access to Classification Record:** Yes


### Orders to be Processed and/or Transcribed


Signed by Hrysso Fernbach, PsyD on 10/16/2001 at 8:37 AM