South Woods State Prison-Facility Three
Bridgeton, NJ

Page 1
Chart Document
January 24, 2004

**RODNEY ROBERTS** — Inmate Housing Location: South Woods State Prison-Facility Three
Male DOB: 07/26/1966  SBI #: [redacted]  Booking #: 206063

01/24/2004 - Office Visit: MH Psychological Evaluation
Provider: Harry Green, PsyD
Location of Care: South Woods State Prison-Facility Three
This document contains confidential information

## Psychological Evaluation

**Type of Evaluation:** Promotion in Status (GM&FM), Community Release, Pre-Parole
**Other:** This assessment of risk for sexual re-offending is for use by the CCRC for the purpose of assessing this inmate's appropriateness for referral to the Deputy Attorney General's Office for further assessment of his suitability for civil commitment under N.J.S.A. 30:4-27.24 et seq. In addition, this evaluation is offered for consideration at this inmate's parole hearing.
**Offense:** kidnapping (2 counts, aggravated sexual assault (3 counts), robbery (2 counts), theft, VOP
**Sentence:** 7 years
**Other:** Prior to interviewing this inmate, he was informed of the nature, content, and purpose of this evaluation. In addition, he was informed of its non-confidential nature. Mr. Roberts indicated that he understood these elements of the evaluation process and consented willingly to participate.

### Background Information
Prior Criminal History: Yes
History of Violence Yes
History of Arson: No
History of Sex Offense: Yes
History of Escape: No

### Discussion of Institutional Adjustment
Total # of INST. Infractions: 3
Total # of Asterisk Infractions: 2
Period of Time Being Charge-Free 14 months

JAN 27 2004

History of Substance abuse: No
Type of Substance: Cannabis
Does Inmate admit to being an addict? No
History of CDS Sales No

### Psychiatric HX
Past PSYCH Hospitalizations: No
Past Suicide Attempt(s) No
Comments: I/M denies a mental health history of any kind. His speech is presently clear, relevant, and goal-directed. There is no report or evidence of acute symptoms of psychosis. Mood is neutral.

### Interview Behavior
Interview Attitude: Appropriate
Mood & Affect: Appropriate
Speech: Appropriate
Thought Process: Appropriate

**South Woods State Prison-Facility Three**
Bridgeton, NJ

Page 2
Chart Document
January 24, 2004

**RODNEY ROBERTS** — Inmate Housing Location: South Woods State Prison-Facility Three
Male DOB: 07/26/1966   SBI #: ▓▓▓   Booking #: 206063

**Orientation:** Time, Place, Person

**Clinical Information Narrative:** Regarding the events leading to his 1986 conviction for AGGRAVATED SEXUAL ASSAULT and KIDNAPPING, inmate reported that at age 20 he was accused of sexually assaulting a 32 year-old female stranger. He claims he "got in the wrong car with the wrong guys who did something bad." He denies ever having had any contact with the victim whatsoever. The official record states that the victim was forced to engage in vaginal intercourse.

Of the 1996 charges for AGGRAVED SEXUAL ASSAULT and KIDNAPPING and eventual conviction for KIDNAPPING, he states that he had consensual intercourse with a 17 year-old female with whom he had a romantic relationship. He states a belief that the victim claimed that she was raped out of vindictiveness for his having had kicked her out of his car. His account of the circumstances of this offense is discrepant from the official record in that the victim was a stranger and that she was non-consenting.

In addition to his denials of having commited either of the sexually related offenses for which he was convicted, Mr. Roberts offered several legal arguments concerning the fact that he was not convicted of a sex offense in 1996.

**Clinical Impression:** Actuarial data suggest that this inmate is a MODERATE to HIGH risk to commit another sex offense in the next 15 years (MnSost score of +3, MODERATE range, indicating a 45% rate of recidivism within 15 years among offenders with similar characteristics; Static 99 score of 7, HIGH range, indicating an 52% rate of recidivism within 15 years among similar offenders from the sample of offenders upon which this instrument was derived). He denies sexual interests in children, fetish objects, involving coercion, or suffering. There is no strong evidence of the existence of factors that warrant a clinical adjustment to the actuarially generated risk levels described.

**GENERAL IMPRESSION:**

General impression is of an intellignet man with deeply antisocial values. He generally takes very little responsibility for his own behavior, instead choosing to focus on technical and legal issues. The sexual offenses evidence a willingness to disregard the rights of others in the interest of sexual gratification. He is a poor parole risk. He meets the DSM-IV criteria for:
301.9 PERSONLITY DISORDER NOS

1. Overall assessment of risk factors suggests MODERATE to HIGH risk for committing another sex offense. Consequently, it is recommended that this inmate be referred to the DAG's office for further assessment of his suitability for commitment as a Sexually Violent Predator.
2. Given this inmate's remote and recent psychiatric history, there is no recommendation that he receive a psychiatric evaluation to assess his sutability for forensic civil committment upon release.

**Level of Intelligence:** Average
**Inmate admits to being:** Literate
**Judgement:** Fair
**Impulse Control:** Fair
**Insight:** Poor

**Custody Status:**
Gang MN: Yes
Full MN: No
CommRel: No
Comments: Noted is sex offense history and lack of insight into his own behavior. GM only is recommended.

**Parole Information**
**Prognosis for Successful Completion of Parole** Below-Average

**Report Completed with Access to Classification Record:** Yes

South Woods State Prison-Facility Three  
Bridgeton, NJ

Page 3  
Chart Document  
January 24, 2004

RODNEY ROBERTS — Inmate Housing Location: South Woods State Prison Facility Three  
Male DOB: 07/25/1966   SBI #: [redacted]   Booking #: 206063

Orders to be Processed and/or Transcribed

Signed by Harry Green, PsyD on 01/24/2004 at 11:15 AM

---

Note:  
MnSost score of +4.

*Hry D. G.*