**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07102
973-776-7700

July 25, 2017

## LETTER ORDER

Re:  **Roberts v. County of Essex, et al.**
     **Civil Action No. 15-7061 (KM)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court orders the following:

1) All parties shall provide responses to all extant written discovery requests by no later than **August 31, 2017**.

2) All disputes regarding responses to written discovery requests shall be addressed in a joint letter of five (5) pages or less which shall be submitted to the Court by no later than **August 31, 2017**.

3) The Court will conduct a telephone status conference with the parties on **September 28, 2017 at 12:00 PM**. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**