The Law Office of
# ANTHONY M. GRANDINETTE

114 Old Country Rd. Suite 420 • Mineola, NY 11501

**Mirel Fisch**
Admitted in New York/New Jersey

Of Counsel:
**Paul Casteleiro**
New Jersey

Telephone: (516) 877-2889
Facsimile: (516) 294-5348
Email: Grandinettelaw@gmail.com

August 22, 2017

Magistrate Judge James B. Clark III
United States Post Office Courthouse Building
1 Federal Square
Newark, New Jersey 07102

        Re: Roberts v. County of Essex, et al.
           15-cv-7061 (KM) (JBC)

Dear Judge Clarke:

  I represent the Plaintiff in the above-referenced action. I am writing to request either an adjournment, or an advancement, of the telephone conference scheduled for October 12, 2017 at 11:30 AM.

  A telephone status conference had been scheduled for September 28, 2017 at 12:00 PM. Earlier today, in response to a request by Defendants City of Newark and Derrick Eutsey for an extension of time to file a joint dispute letter, Your Honor adjourned the September 28 telephone conference to October 12. *See* Docket No. 112.

  Due to the Jewish holidays however, I will not have access to a telephone that day. I will be out for the Jewish holidays on September 21-22, and October 5-6 and 12-13. Accordingly, I am requesting that the October 12 telephone conference be adjourned, or advanced, to any other day that is convenient to the Court.

              Respectfully,

              Mirel Fisch

CC: All counsel via ECF

\* The telephone conference is adjourned to October 17, 2017 at 11:00 AM.

        SO ORDERED
         *s/James B. Clark*
        James B. Clark, U.S.M.J.
      Date: 8/23/2017